# EXHIBIT B

# RULES OF

# THE

# LOS ANGELES CITY COUNCIL AS AMENDED (October 2025)

COUNCIL OFFICERS

COUNCILMEMBER MARQUEECE HARRIS-DAWSON, PRESIDENT

COUNCILMEMBER BOB BLUMENFIELD
PRESIDENT PRO TEMPORE

COUNCILMEMBER NITHYA RAMAN
ASSISTANT PRESIDENT PRO TEMPORE

# RULES

# OF

# THE LOS ANGELES CITY COUNCIL AS

# ADOPTED ON DECEMBER 19, 1986
# AS AMENDED
# (October 2025)

Patrice Y. Lattimore
City Clerk

# TABLE OF CONTENTS


| Chapter | | Page |
|---|---|---|
| | Preamble | iiii |
| I | Election and Appointment of Officers | 1 |
| II | Public Notice, Attendance and Comment | 2 |
| III | Presiding Officer | 7 |
| IV | Council Meeting Days and Time, Order of Business, and Quorum | 8 |
| V | Council Discussion and Time Limits | 10 |
| VI | Resolutions, Contracts, Reports, and Ordinances | 11 |
| VII | Appointment and Removal of City Commissioners and Officers | 13 |
| VIII | Voting | 14 |
| IX | Disposition of Items | 15 |
| X | Special Meetings | 17 |
| XI | Committees and Committee Meetings | 18 |
| XII | Rules | 22 |
| XIII | Assigned Duties | 23 |
| XIV | Censure Procedures for the Los Angeles City Council | 24 |
| XV | Miscellaneous Provisions | 26 |
| | Appendix - Verbal Motions | 29 |
| | Index | 30 |

# RULES

# OF THE

# LOS ANGELES CITY COUNCIL

These procedural Rules are adopted, pursuant to authority set forth in Charter Section 242, to assist the City Council in the orderly conduct of City business consistent with law.

CHAPTER II

## PUBLIC NOTICE, ATTENDANCE AND COMMENT

*6. The agenda for each regular meeting of the Council shall be posted pursuant to state law at least 72 hours before the meeting. It shall contain a brief general description of each item of business to be transacted or discussed at the meeting.

*7. General Public Comment

During each regular meeting, the Council shall provide a member of the public the opportunity to address the Council on any issue within the subject matter jurisdiction of the Council. This shall be referred to as "General Public Comment," which generally shall be taken up at or near the beginning of each regular meeting. Unlike most governing bodies which meet once a week or less often, the Council has regular meetings three times each week which afford members of the public frequent opportunity to address the Council. Therefore, each speaker shall be limited to one minute of general public comment each regular meeting. The Council shall not discuss or take action relative to any general public comment unless authorized by Section 54954.2(b) of the Government Code. The Council has determined that a cumulative total of ten minutes is a reasonable minimum amount of time for the General Public Comment segment of each regular meeting.

Agenda Item Public Comment

The Council shall provide an opportunity for the public to address the Council on each agenda item before or during Council's consideration of the item, unless the opportunity for public comment on the item previously was provided by a Council Committee and the item has not changed substantially since that Committee's consideration of the item. A member of the public wishing to speak on only one agenda item that is eligible for public comment shall be given an opportunity to speak for up to one minute when that item is considered by Council, or, at the discretion of the Presiding Officer, before consideration of the item.

A member of the public wishing to speak on more than one agenda item at a single meeting shall combine and present his or her comments addressing the agenda items at or near the beginning of the meeting during a segment called "Multiple Agenda Item Comment." A member of the public speaking on more than one agenda item shall be allowed to speak for up to one minute per item up to a total of three minutes per meeting. This will be the only opportunity to speak, other than during General Public Comment, for those members of the public who have submitted speaker cards on more than one agenda item. The Council has determined that a cumulative total of 20 minutes is a reasonable minimum amount of time for the Multiple Agenda Item segment of each regular meeting. On each meeting agenda, the Clerk shall designate any agenda items that are linked by a common specific issue. The Presiding Officer may allow members of the public who submit speaker cards on linked agenda items to make their public comment when the items are considered by Council.

Disruptions

A member of the public who disrupts and is ordered removed from a Council meeting or a Committee meeting shall be excluded from the remainder of that meeting and excluded from attending all Council and Committee meetings for the remainder of that day and for the following business day.

A member of the public excluded from a Council or Committee meeting who then disrupts and is ordered removed from any Council or Committee meeting later that day or during any of the following 3 business days shall be excluded from attending all Council and Committee meetings for the remainder of that day and for the following business day.

A member of the public excluded from Council and Committee meetings for the following business day who then disrupts and is ordered removed from a Council or Committee meeting on any of the 3 business days immediately following the day of exclusion shall be excluded from attending all Council and Committee meetings for the remainder of that day and for the following 3 business days.

A member of the public excluded from Council and Committee meetings for 3 business days who then disrupts and is ordered removed from a Council or Committee meeting on any of the 3 business days immediately following the third day of exclusion shall be excluded from attending all Council and Committee meetings for the remainder of that day and for the following 6 business days.

A member of the public excluded from Council and Committee meetings for 6 business days who then disrupts and is ordered removed from a Council or Committee meeting on any of the 3 business days immediately following the sixth day of exclusion shall be excluded from attending all Council and Committee meetings for the remainder of that day and for the following 6 business days.

A business day is every calendar day on which a Council and/or Committee meeting is held.

Prohibition on Use of N-word and C-word Epithets

A public speaker may not use the N-word or C-word, or any variation of either of these words, in a Council or Committee meeting. To avoid ambiguity, the N-word is spelled "n" followed by "i" followed by "g" followed by "g" followed by "e" followed by "r." The C-word is spelled "c" followed by "u" followed by "n" followed by "t." Examples of variations of these epithets include, but are not limited to, the words' plural forms and words created by adding "-ish," "-y," "-ly" or "-ing" to create related adjectives, adverbs, verbs, or gerundives. Public speakers are prohibited from using the N-word and C-word and their variations even though the speakers would use the words to express a non-offensive, non-vulgar viewpoint.

The first time a public speaker in a Council or Committee meeting uses the N-word or C-word, or its variation, the staffing City Attorney or presiding officer shall issue a warning to the public speaker that the word and its variations are proscribed and may not be used again in any Council or Committee meeting. If the speaker who received the warning uses the word or its variation again in that or any future Council or Committee meeting, the presiding officer shall re-issue the order, note that the officer's need to stop the meeting to re-issue the order has actually disrupted the meeting, and cut off the speaker's time to speak for the remainder of that meeting. The disruptive speaker is additionally subject to possible removal and exclusion as other provided in this Rule.

CHAPTER XI

63. During each Committee regular meeting, the Committee shall provide a member of the public the opportunity to address the Committee on non-agenda items within the subject matter jurisdiction of the Committee consistent with Rule 7. This shall be referred to as "General Public Comment," which generally shall be taken up during the beginning segment (General Public Comment) of each regular meeting. Each speaker shall be limited to one minute of general public comment per meeting. The Committee shall not discuss or take action relative to any general public comment unless authorized by Section 54954.2(b) of the Government Code. The Council has determined that a cumulative total of eight minutes is a reasonable minimum amount of time for the General Public Comment segment of each regular Committee meeting. If the Committee does not have a quorum of Committee members present, an official Committee meeting shall not proceed. However, in the absence of a quorum and therefore outside the context of an official Committee meeting, the Committee Chair, at his or her discretion, may hear from members of the public who came to attend the Committee meeting. If the Committee Chair hears from members of the public when there is no quorum, the rules pertaining to public comment with respect to a Brown Act meeting do not apply. If a quorum of Committee members is later established, the Committee shall convene into its official Committee meeting and general public comment and public comment on agenda items shall be allowed even if members of the public were heard by the Committee Chair during the time no quorum was established.

A member of the public who disrupts and is ordered removed from a Committee meeting shall be excluded from attending Committee and/or Council meetings as provided in Rule 7.

Prohibition on Use of N-word and C-word Epithets

Public speakers in Committee are subject to the same rules regarding the N-word and C-word as provided in Council Rule No. 7.

*64. A Committee of the Council may act in a regular meeting on an item not posted on its agenda for the meeting only if it determines by a two-thirds vote that pursuant to state law there is a need to take immediate action and that the need for action came to the attention of the City subsequent to the posting of the agenda; or if the item was continued from a meeting of the committee which occurred not more than five (5) days prior to which it had been posted; or if a majority determines that an emergency, as defined by state law, exists.

65. No person shall be permitted to interrupt Committee members or the Clerk during a Committee meeting.

66. Members of a Committee shall attend all meetings and remain until the Committee adjourns unless excused by the Chair.

67. All Standing Committees of the Council shall meet regularly at least once each month, and the Clerk shall cause information to be printed on paper as well as posted on the Internet giving notice of the time and place of the holding of all regularly scheduled Committee meetings. Special meetings of Committees may be held in City Hall or elsewhere in the City upon call of the Chair or of a majority of the members of the Committee, provided that notice is duly given and posted as prescribed by law.