CLEAR FORM

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

David Loy, Cal. Bar No. 229235
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901
Telephone: (415) 460-5060
Email: dloy@firstamendmentcoalition.org

ATTORNEY(S) FOR: Stacey Segarra-Bohlinger

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stacey Segarra-Bohlinger<br><br>Plaintiff(s),<br>v.<br><br>City of Los Angeles<br><br>Defendant(s) | CASE NUMBER:<br>2:26-cv-11599<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Stacey Segarra-Bohlinger or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Stacey Segarra-Bohlinger | Plaintiff |
| David Loy, First Amendment Coalition, Zachary T. Silver, Gabriel Z. Walters, Foundation for Individual Rights and Expression | Counsel for Plaintiff |

October 6, 2026
Date

/s/ David Loy
Signature

Attorney of record for (or name of party appearing in pro per):

Stacey Segarra-Bohlinger