# EXHIBIT C

## MOTION

RULES, ELECTIONS, INTERGOVERNMENTAL RELATIONS

The City Council added the "Disruptions" section to Rule 7 of the Rules of the Los Angeles City Council in October 2018 (C.F. 16-1104-S2). Motion (Wesson, et al. – Buscaino, et al.) included findings for Rule 7 indicating that:

> *"The number of disruptions at Council and Committee meetings has recently increased. Despite enforcement of the Council's current rules, some members of the public repeatedly disrupt multiple meetings on the same day and often multiple days each week. People who repeatedly disrupt the orderly conduct of public meetings deter other members of the public from attending public meetings and taking the opportunity provided under the Brown Act to provide comment to their elected representatives.*
>
> *In order to prevent repeated and frequent disruptions of public meetings and increase public comment overall, the Council should amend the Council and Committee rules in the most narrowly tailored manner that will curb the actions of people who chronically disrupt Council and committee meetings…."*

The Disruption section has proven a partial success. Members of the public who frequently disrupt Council and Committee meetings have become more careful not to disrupt meetings within three business days of their being removed from prior meetings. This is because, per the Disruption provisions, these serial disrupters will then be excluded from Council and Committee meetings through the next business day.

The Disruption section unfortunately has not succeeded in deterring serial disrupters from causing "initial" disruptions that do not subject them to exclusion on the next business day. Rule 7 currently provides that, for initial disruptions, the disrupters are removed only from the remainder of the meetings they disrupt. Serial disrupters clearly experience the consequences for initial disruptions as slight.

To prevent continuing disruptions to Council and Committee meetings and increase public comment overall, and based on its years of experience since the introduction of the Disruption section, the Council should narrowly amend Rule 7 to increase the consequences of an initial disruption.

I THEREFORE MOVE, in light of the above findings, and pursuant to Rule 77, that the Council amend the first paragraph of Rule 7 of the Rules of the Los Angeles City Council, with the remainder of Rule 7 to remain unchanged, as indicated below:

> Disruptions
> A member of the public who disrupts and is ordered removed from a Council meeting or a Committee meeting shall be excluded from the remainder of that meeting **and excluded from attending all Council and Committee meetings for the remainder of that day and for the following business day.**

PRESENTED BY: ______________________

SECONDED BY: ______________________

ORIGINAL

AUG 0 6 2025