# EXHIBIT E

*Los Angeles* Public Press SUBSCRIBE

NEWS

# Interview: Marqueece Harris-Dawson's vision for LA City Hall

*LA Public Press sits down with the new Los Angeles City Council President.*

by **Elizabeth Chou**
09/25/2024 11:35 am



Los Angeles City Hall as viewed from Little Tokyo. (Matt Tinoco/LA Public Press)

Marqueece Harris-Dawson — a community organizer and City Council member for the last nine years — was sworn in as Los Angeles' City Council President last Friday, Sept. 20, 2024.

He steps into the leadership role as LA faces a budget crisis and what he described as the "twin crises" of homelessness and housing. Under his tenure, LA will also continue preparing its stage for hosting the 2028 Olympics.

Harris-Dawson's colleagues elected him in May to replace outgoing Council President Paul Krekorian, who is terming out in December.

As president, Harris-Dawson can assign his colleagues to committees. It's a powerful, agenda-setting influence that can affect council members' ability to get their legislative proposals considered. This power can be wielded in a way that keeps members in check, although it depends on the style of the leader.

During his **remarks on Friday after officially being sworn in**, Harris-Dawson hinted at creating a temporary "ad hoc" committee to explore unarmed crisis response teams. He also said he would revive the City Council's economic and jobs committee.

Additionally, Harris-Dawson said in his remark he wants City Council committees to do a "top to bottom performance audit" of city departments' work on homelessness, including the sanitation and housing departments.

Harris-Dawson has since already begun tinkering with committee structure, by reviving an economics and jobs committee. With the November election just over a month away, the committee assignments may not change until there is a more certain idea of who will be on the 15-member council, and the proper transitions have been made — although there is always the possibility it still could happen before then.

LA Public Press reporter Elizabeth Chou sat down with now Council President Harris-Dawson on Monday, Sept. 16 — at the Constituent Services Center in the 8th District — to speak about how he views his new role, and how he will wield the power of city council presidency.

Harris-Dawson will continue representing Los Angeles' **8th City Council District**, which stretches from the 10 to the 105 freeway, and includes such neighborhoods as Jefferson Park, Crenshaw, Chesterfield Square, Leimert Park, and Green Meadows.

In the half hour long interview, Harris-Dawson talks about a plan to address what he calls "hate speech" during City Council meetings, and how he plans to scale up non-violent crisis response programs that are currently only run on a small scale in the city.

Harris-Dawson also shares his perspective on homelessness funding and programs, including shelters and the role of encampment clearings.

Below is a lightly edited interview.

*Note: Rhonda Mitchell, Harris-Dawson's communications director, sat in on the interview, and is identified in the transcript.*

Marqueece Harris-Dawson's official portrait. (Via City of Los Angeles)

## On LA's ceasefire resolution

**Elizabeth Chou (EC):** So will you be scheduling the ceasefire resolution [to call for a halt to the bombardment of Gaza]?

**Marqueece Harris-Dawson (MHD):** I don't know if it's scheduled. The scheduling package hasn't been passed over to me yet.

**EC:** I'm kind of curious what you think the purpose, or the role [is], that LA leaders can take on this particular issue.

**MHD:** You know, it's tricky. It's hard to tell. One of the things I love about L.A. — during my whole life, there's never been an armed conflict that people in L.A. didn't actively engage in, whether it has anything to do with us or not. Obviously this one, we have neighbors who are Israeli, we have neighbors who are Jewish, and we have neighbors who are Palestinian. But mostly we have neighbors who love peace, and are anti-war, every war. So, sometimes the City of LA ends up having a big impact. Sometimes what we do is completely meaningless. It's hard to tell what difference it makes. When I was young, what LA did on apartheid made some difference. It wasn't decisive, but it made some difference. And other times, like the Iraq wars, I'm not sure what the city of LA did made a difference at all.

**EC:** So I guess, you don't have a sense of when the package might come to you so that you can maybe schedule it?

**MHD:** No I don't.

**EC:** Why do you think it hasn't really come to you yet?

**MHD:** You know, I don't know, but I will tell you the committee that it goes to, the [**Rules, Elections and Intergovernmental Affairs]** committee, has a huge queue and doesn't meet very often. So like, **Budget** or Public Safety [committees], they meet every week or every two weeks. Rules, we meet maybe once a quarter, something like that? So it's a much more select committee. For example, one of the things that has dominated the last couple of meetings is the ballot, because everything that goes onto the ballot has to come through that committee. So that's an example of the queuing. So when a measure goes in, like, I think this was Hernandez and I forget who the seconder was, but it goes in a line with other things. And so we go from there.

## On housing and public safety:

**EC:** So I'm wondering if we're meeting because you're about to officially become the council president…

**Rhonda Mitchell (RM):** That's exactly why we're meeting.

Get new stories about LA County in your inbox every Sunday

Enter your email

Subscribe

**EC:** Is there anything that you think — that you believe — comes from your experience of being a council representative for [the 8th] district, that you think should be something that's important on a citywide level?

**MHD:** Well, there are a lot of things. I feel like there's a wide understanding from one end of the city to the other that we gotta get people housed. There's disagreements on how to do it, how fast to do it, where to do it, and under what circumstances. But there's generally consensus there. And so I think that's obviously the most important thing, no matter where you live in the city, including here in the 8th District.

You know, there are perspectives, though, that are particular to my district, right? On the issue of crime and violence, African Americans are more likely to be the victim of crime than anybody else. This district has more African Americans than anybody else. So I bring a particular perspective to that. And, I think a particular authority to that, based on experience, that other people don't bring. And so other people, other parts of the council may feel like, 'oh, this is how you fix *this*.' And pretty much all those things we've seen in this community. So, we know what works. We know what leaves us worse off. We know what leaves us better off. We know what keeps us safer. So I have a lot of strong feelings and perspective about that. A lot of people care about crime, but the level of victimization here, and the relationship with the police, I think, presents the most challenges, and the most texture.

**EC:** I want to see how you would talk about who is feeling unsafe and who is actually unsafe, and how that — you've seen — varies, depending on the community.

**RM:** That's a tough question, because how does he know who feels unsafe?

**MHD:** That's exactly what I was about to say.

**RM:** He can't know who feels unsafe.

**EC:** Oh my gosh. Okay well, what have people told you about how unsafe… because when I've been in Tarzana…

**MHD:** So here's what I can say. I've been in community meetings, where people will say there's a crime wave, for example. 'An Amazon package got stolen off my porch.' (**EC:** Mmmhhmm, yea) Well that to me doesn't equal a crime wave. At all. Not even close. Nobody was hurt. I mean, again, if it's a bad thing, there should be accountability for it. But nobody was hurt, nobody was in danger. It just isn't, it doesn't rise to the level of what's **happening on Figueroa** right now for example. And so I think that, you know, you obviously want a city where everybody feels safe. But I think you have to prioritize human life, obviously. You have to prioritize young people. You have to prioritize seniors. And you gotta prioritize physical safety. Then you prioritize safety over property.

**EC:** Got it. So you have a lot of people with different perspectives. Some people may prioritize property a little bit more, even though they may also want to say they care about lives as well. How are you — in the last three months, you probably have been on kind of a tour around the city — do you have any ideas for how to bridge those conversations?

**MHD:** It's exciting. One of the things about the public safety debate is you know, LA is a big city. So different neighborhoods need different things. Some neighborhoods need a regular patrol by a law enforcement officer. Other areas need better lighting. Other areas need something for kids to do after school. Other areas need road design, so that the road doesn't facilitate the kinds of unsafe activities that people might engage in, some of which are criminal, some of which are not, frankly.

But the point is, they leave people unsafe. So, what's exciting about this time is we have the option of doing that. LA has great pilots so we have **CIRCLE programs**, we have the mental health response teams. We have a number of things that are working in very small areas that I think we can blow out.

**EC:** With the finite resources that we have, how would you try to scale up some of those pilot programs that feel like they always stay pilots?

**MHD:** Well, you're right they feel like they stay pilots. But you know, what I found in my examination of them, the problem is actually, the resource that is actually missing is actually not money, it's people. (**EC:** Mmhm) So some of the organizations, we say oh this is great, I can think of one — I won't name them — but there is one organization that does sort of street level intervention. Well, almost every council member wants them in their district. They don't have the capacity. Even if you gave them the money, they don't have the people. (**EC:** Mmmhmm, okay) So they need time to scale up. And so I think there are investments that we can make, and the city is prepared to make, and we can work with those organizations to get to the stage where they can do more.

**EC:** So what kind of — your own resources, as the council president — are you willing to commit to try to make that actually happen?

**MHD:** Look, we have power over budgeting. So that matters. We also have the ability to help stimulate training and preparation. If people know there is going to be a role for them that's a decent paying job, it helps you set up a training pipeline for those jobs. Whereas if you [have a situation where it feels like], "Oh the city may fund it or they may not fund it," then that doesn't help you build a training pipeline. So I think that's what we can do as a council.

**EC:** So part of the reason I asked you about a citywide perspective is sometimes when something happens in a particular district, it affects another district. If a particular district does not build enough housing it forces, maybe, others to take up the burden of that — not the burden, it's just a shared kind of responsibility. For instance, in the [westside's] **11th council district**, they had this Venice Dell project that was supposed to have gone through much earlier. **And now it's been delayed, it's been delayed, so that affects other districts, and other people**. I know you want to support – you're kind of the person in between everybody on all of that – but how would you bridge that?

**MHD:** Well, you know, I think — I don't jump to the conclusion that because the project is delayed or that people have problems with the project, that means we're not going to get affordable housing at that site. I go on the assumption that everybody wants to build affordable housing, and that we need to help facilitate that process. Now, you know, there's some possibility I could be proven wrong on that, but that's what I believe and that's how I come to the table.

**EC:** I feel like a lot of people in the city kind of operate under this fear of that threat of resistance to housing though, much more easily than anything else.

**MHD:** I have to say we all get that [type of resistance] at some level. All the housing that I've done, not all of it, most of the housing I've done has gotten very serious opposition from, you know, the neighborhood council on down. Of a dozen or more projects, I can't think of one where we didn't get resistance. But you know you have to work through it. I mean that's your job as a leader.

**EC:** Have you ever been in the middle of a room where everybody was shouting at you like David Ryu … I remember that meeting.

**MHD:** I've never had the David Ryu situation. This is one thing I'll say I love about South LA. I have seen people be so disrespectful to elected officials in other parts of the city. That does not go down here. (**EC:** Okay) Even when people are really upset with you, and really disagree with you, they're not gonna deal with you in that way. And even if they'll deal with me in that way, they'll pull me to the side, and they'll let me have it in the corner, but they're not gonna…

**EC:** Oh that's interesting.

**MHD:** I don't know how things got to be that way, but that's the way it is. I saw Mayor Garcetti – I was gobsmacked – I was sitting there with my mouth open, listening to the way people talked to him. And he was the mayor. Like I, anyway, I'm still speechless.

**EC:** I think sometimes people look at someone with so much power and they just need to like break through sometimes.

**MHD:** That I get. If I'm doing a protest or something. But you know, it's like, we're all adults, we're having a meeting, nobody is proposing to take something away from you. It's not like we're proposing to take your housing, take your car, raise your taxes. Yeah, some of the rancor is, I think we gotta work to do better, frankly.

## On public comment at City Council Meetings, 'hate speech':

**EC:** There are council meetings, which is a very direct way for people to address people if they feel like they need to. What's your style in terms of running a meeting and public participation?

**MHD:** We want to encourage as much public participation as possible. We want to do it in a civil way. I have to tell you as council president, I am not going to accept, as status quo, this business where people get up and say the most vile, racist, homophobic, sexist, antisemitic, personal — there's just no place for that.

**EC:** But how do you address that? Because they're basically allowed to do that.

**MHD:** They are allowed to do that, but it's hate speech. If you take one step outside that room, you would be arrested for hate speech, if you went up to someone and said that.

**EC:** Oh really?

**MHD:** Yes! If somebody, have you heard the stuff people say in council?

**EC:** Yeah, I've been there for a long time.

**MHD:** That's hate speech. At any other work … and in fact, (**EC:** So if you can get arrested – ) So if I'm a city worker and I'm just there to do my job, and somebody talks to me like that, any other employer I had, if I worked for CVS, and a customer came at me like that, the manager would have a responsibility to do something about that. (**EC:** True, uh … ) Or I could sue the store. (**EC:** It's like a policy, I guess … you can sue, okay I didn't really think about that). You would sue CVS, you would sue the manager.

**EC:** But the lawsuits are always about free speech, when it comes to, like, the City Council.

**MHD:** Well, I think they're one direction. So the lawsuits are always someone saying, well, I wanted to speak and I wasn't allowed to. And a lot of the times, if you really examine those lawsuits they're not over, it's not as if the courts says, 'oh what this person said is okay.' What it's saying is the city didn't go through the right procedure to stop it. Or, that the city was uneven. You stopped this person, but you didn't stop this other person. (**EC:** Oh, interesting) There's no judge that's going to get up and say, you know, "It's okay for somebody to get up and say, 'I'm going to do to you what Hitler did.'" That's not political speech, at all. It's a threat. Yeah.

**EC:** There's been some limiting of the amount of time people get to speak. And sometimes it can be tough when people are showing up and then not being able to speak. Are you planning to change any of that?

**MHD:** Well, I wanna prioritize the people that show up. I feel like if you get yourself there, and get in the building, we would definitely want to do that. One of the things that's shrunk the time for people present is that we took on phones during COVID. So that adds another hour. You know, I feel like if we have to pick, we should pick the people who showed up. That's just my opinion about it.

What will happen in meetings if you let it go – people say, 'Why don't you stay until there's no one else who wants to speak?' Well, what will happen is you will lose quorum. And then you won't be able to take care of the city's business. So we have to figure out a way to do that.

And also again, I still believe, I really strongly believe, we've gotta remove a lot of the riff-raff. Because a lot of what happens in council, you know, a lot of people, they don't want to sit in the audience and listen to that. Because it's pretty vile. Much less try to bring a young person. Like, forget about it.

**EC:** So are you actually thinking about doing something about the hate speech?

**MHD:** Oh I will absolutely do something about it. (**EC:** Okay) Between me and the city attorney and the council, we will do something.

**EC:** Wow, so like …

**RM:** And to say any more would be to play the hand. So all the other attorneys – I'm going to stop him here. I think that's enough. That's as much as he can say to you as a reporter.

## On the housing Department draft analysis and Measure A

**EC:** Real quick though … I don't know how much time … I really want to ask about the latest stuff about money, and housing and homelessness funding. $20 billion. 36,000 units, supposedly [to end homelessness in Los Angeles]. Or, and also the Measure A stuff, which is I think feeling a little bit like they don't wanna scare people about the fact that it's a tax?

**MHD:** Well, it's an extension of Measure H. (**EC:** I know) Measure H is sunsetting [in 2027], so that will be it going forward. One, I have to tell you, and I'm pretty disturbed by this, the city of LA never had $20 billion to build housing. We had Measure HHH (Proposition HHH), which was at $1.5 billion. And we got some additional help from the state and the federal government, but the money that the city has, directs where it goes, it's nowhere close to that. So I, these outlandish numbers, I just, feel like, are propaganda.

**EC:** Can you tell me what the $20 billion is. I'm just a member of the public. I'm just like, "What is going on?" It's a draft.

**MHD:** I'm actually the person doing the work, and I don't know what they're referring to. Now if I take all of the money, like if I say, 'Oh, all the Section 8 Vouchers count toward homeless housing,' Well, Section 8 was happening long before we started working on (**EC:** They could be referring to that) That's what I'm saying. I never know what they're referring to.

**EC:** But isn't this the city's own housing department, coming up with this draft analysis?

**MHD:** I haven't seen that. I mean, again, what I saw was, going the way we're going it would take $20 billion to completely eliminate homelessness. That I saw. That's a draft analysis, so it's speculation. I don't want to touch on that. But here's what I know. It's not going to be done for free.

**EC:** Right, like, can we figure out what it actually costs?

**MHD:** Right, I totally agree, and I don't think it's going to be free, and that's what at least I think this draft is trying to do; everything, all in, all contingencies, here's what we think, here's the most we think it would be. So I think that's what the report's trying to do. But again, I haven't seen it and I want to give them a chance to release the final report.

**EC:** I want to ask you about Measure A — do you support Measure A? (**MHD:** I do) Okay, there's a little bit of a concern about it being a tax. People are skeptical of corruption — not skeptical, they feel like there is corruption. (**MHD:** Yeah). So like, it feels like the mood isn't really there for that.

**MHD:** The mood isn't there because I think people have taxed themselves more than once and we allowed — and I criticize leadership for this — we allowed people to feel like, 'Oh this tax will solve it,' when everybody knew that wasn't the case. For example, I was the co-author of Measure HHH. We knew Measure H would build 11,000 units of housing. We also knew at the time that there were 15,000 homeless people. What we didn't know was, while we're busy building the 11,000 units of housing, the homeless population would double. We just didn't know that. So if I'm taxpayer, and I'm going like, 'Wait a minute, I paid money and it's getting worse not better.' But it was impossible to predict the explosion in homelessness. I think now they have a better sense of knowing, predicting, like this set of people is at risk for homelessness, whereas that used to not be measured, before. Like these people are at risk of homelessness, these people are on the brink of homelessness. You can better project what it will be.

Here's what I'll say about Measure A and people feeling like it's a tax. One, it's a tax that we already have right now, one. Two, it's not just, Measure A isn't the government asking for more money. It's asking for more money to sustain the services that they already have going. So there are people staying in shelters right now that are funded by Measure H. If Measure A doesn't pass and Measure H goes away, guess what happens?

**EC:** Well it says 25% [of people currently being served by the system become homeless].

**MHD:** Yeah, those people go back out on the street, we don't have any place for them. So that's been, I've been in front of business groups and people who are generally skeptical about any tax and I said to them, like when you say no to Measure A, you're saying you want to increase homelessness. Because that's the direct impact of that.

**EC:** I feel like the desire to clear encampments is a lot stronger than the desire to build housing. And with the Olympics coming up …

**RM:** They go hand in hand, don't they? Clearing an encampment and building housing?

**MHD:** Well, for some people.

**EC:** When you do not have housing after the shelters that we are up in arms about not having, I just don't see where you go after. It's like a bridge to nowhere.

**MHD:** Well, I do think, look, I'm not happy with the time [from when] a person gets off the street, and they stay in a shelter and [to when] we help people to find affordable housing. Of course that's terrible. But a shelter is better than the street.

**EC:** Well, if you do not have enough services, I don't know if it is.

**MHD:** I would assert and I would disagree with you. For both the person living on the street and the community that they're living in. It is better to be indoors, with care, than not.

**EC:** It is also better to have dignity and the ability to like have agency. And sometimes …

**MHD:** The agency is great. Agency is wonderful. But it does not mean that because a person has agency, they make the best choice. Just take the category of women. Within three weeks, 80% of women on the street are sexually assaulted. 80%. Again that doesn't mean sexual assault doesn't happen at other places. It absolutely does. But 80%?

**EC:** But the lack of resources on the street may not be improved necessarily even in the shelter system. That's been long documented. And, what people have in terms of the community ties, that they can build — with the lack of resources — on the streets, is something that sometimes gets torn apart and worsens.

**RM:** You're also not taking into account what happens when it's freezing, what happens when we have the heat exposure that we've have. So I hear your argument, but I don't understand. Being inside away, out of the cold …

**EC:** Oh this is not an argument for people to refuse. I think people will always say yes … but this is like a gun to your head saying, this is the best you can get.

**RM:** It's not a gun to your head. It's society responding to a need. It's the best we can get at this point because we don't have the housing.

**EC:** With the promise of housing never really materializing. And what you have built that was ultimately the best you could get, being ultimately destroyed in favor of something that really wasn't…

**RM:** This is driving me crazy, because this is a very complex problem that you're trying to put into simple black and white terms. And it doesn't fit. It is a complex problem, because you're also saying that the people with mental health problems and challenges have their own agency.

**MHD:** And they don't.

**RM:** They need people to take care of them. They need to be taken care of at some point … it's our responsibility.

**EC:** Yeah. And they have communities who help take care of them, without the resources … if there were resources, it would not have been in that situation. I'm just saying, I think this is just something that I think — you're telling me it's complex, I am told it is complex on a day-to-day basis when I talk to people who are themselves living on the streets.

**EC:** It's less about criticizing the fact of shelters. It's emphasizing the use of shelters to promise people ultimately …

**MHD:** Well, here's what I would say to you, and this is maybe where I have a sliver of agreement with you. Sometimes people talk about shelters as an excuse for building permanent housing. I hear that.

So people go like, 'Let's just warehouse people and then we're done, the encampment has gone away, and we're done.' (**EC:** Yeah, they're not going to follow through)

And 1) that has never been my position, but 2) I don't think it's ever been the position of the city or the majority of the City Council.

Here's what I will tell you. If we're building in a good year, let's say 20,000 units, but the homeless population is increasing, you have to do something. (**EC:** Yeah). So that to me is the best use of shelters. And, look, even with all of the mayor's giveaways to the private sector about fast-tracking housing development, it still takes three years. It just does. To build permanent housing. Now, to stand up a shelter takes less time because it has less things, right? But I don't know what you do if you say, okay, we have 25,000 people living on the street right now, tonight. We know we can't produce [25,000] units of permanent housing within two or three years. So the question is what do you do in the middle?

**EC:** Yeah, that makes sense, but I think sometimes, I just worry, it's back to the trust of elected officials. Are you really actually …

**MHD:** … building the housing. And will the city pull the rug, once (**EC:** Yes!) Like, we're done!

**EC:** Especially when you talk about how some people have less power to really move people in powerful positions to do something, versus people who can just file a lawsuit.

**MHD:** Yeah, right. (**Rhonda:** We're done) But that's the point, right? So we know that there are all these problems, so what do you do? Do you stand there and go, like, oh, I'm going to wait until there is a commitment to build housing that is ironclad?

**EC:** I've talked to the most like militant people and they all say, it's fine, just have the shelter, we want the shelter, but once you're in the shelter, you better have the housing navigation, you better have the case management, and like, months months go by, and they don't even have regular sanitation pick up at motels.

**MHD:** So here's what I will say about that. This is one of the problems with our system and I'm not — I have colleagues who do this, and I'm not one who does this — part of the problem that you're describing is the city is responsible for the brick and mortar, the county is responsible for the services. And let's just say, we're not as good at being on the same page as we should be.

**EC:** I guess hopefully that improves.

**MHD:** Hopefully it does improve. That is a serious problem. We have this back and forth that we'll need to work on. Sometimes we'll have a motel and we'd be like: 'Hey, Department of Mental health, we have a person here who clearly needs services.' And mental health will say, we'll send them here. And we'll be like, we can't send this person somewhere. We need someone to come. But they're like, 'but we're doing these 89 other things. We're helping these 89 other people. We can't go over there, to where your person is.'

So, that has to get figured out soon.

**RM:** We gotta end.

**EC:** Alright, thank you.

WAIT! BEFORE YOU GO...

NEWS YOU CAN USE.

Los Angeles faces enormous challenges. But your news shouldn't leave you feeling helpless—it should help you take informed

action.

That's why we want to connect you directly to the people, organizations, and movements already working to improve our county. When a proposed Monterey Park data center threatened to consume more electricity than every household in the city combined, we were first to report on it and help inform the community response. When affordable housing came under threat, we connected readers with organizations fighting back.

LA Public Press will never put our journalism behind a paywall. But free news isn't free to produce. Our members make this work possible.

**Become a monthly member today.**

Choose amount

Recurring donation
This contribution is set to renew monthly

$10
💬 Stickers from LA Public Press

$20
👜 LA Public Press tote + sticker set

$50
🧢 LA Public Press hat, tote + stickers

$100
💧 LA Public Press limited edition copper bottle, hat, tote + stickers

Continue

Powered by Givebutter

Every contribution keeps our newsroom strong.

© 2026 Foundation for Los Angeles Journalism

All Rights Reserved