David Loy, Cal. Bar No. 229235
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901
Telephone: (415) 460-5060
Email: dloy@firstamendmentcoalition.org

Zachary T. Silver, D.C. Bar No. 1742271*
Gabriel Z. Walters, D.C. Bar No. 1019272*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473
Email: zach.silver@fire.org
Email: gabe.walters@fire.org

*Attorneys for Plaintiff*
* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| STACEY SEGARRA-BOHLINGER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a political subdivision of the State of California,<br><br>Defendant. | Civil Case No. 2:26-cv-11599<br><br>**DECLARATION OF ZACHARY SILVER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Under 28 U.S.C. § 1746, I, ZACHARY SILVER, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration, and if called to testify as a witness, could do so competently under oath.

2. I am an attorney with the Foundation for Individual Rights and Expression and counsel for Plaintiff in this action. The sole purpose of this declaration is to offer documentary evidence in support of Plaintiff's motion for a preliminary injunction.

3. Attached as **Exhibit A** is a true and correct copy of the Rules of the Los Angeles City Council, as amended October 2025, which I obtained from the official website of the City of Los Angeles.

4. Attached as **Exhibit B** is a true and correct copy of the March 21, 2025 motion proposing the rule referred to in this litigation as the "Word Ban," which I obtained from the official website of the City of Los Angeles.

5. Attached as **Exhibit C** is a true and correct copy of the August 6, 2025 motion proposing the rule referred to in this litigation as the "Meeting Ban," which I obtained from the official website of the City of Los Angeles.

6. Attached as **Exhibit D** is a true and correct copy of a letter dated July 23, 2026, that David Loy of the First Amendment Coalition and I sent on behalf of Plaintiff to the Los Angeles City Council, through the Los Angeles City Clerk.

7. Attached as **Exhibit E** is a true and correct copy of the September 25, 2024 *Los Angeles Public Press* article by Elizabeth Chou titled "Interview: Marqueece Harris-Dawson's Vision for LA City Hall," which I obtained from the *Los Angeles Public Press* website.

8. Attached as **Exhibit F** is a true and correct copy of the March 20, 2025 *Westside Current* article by John Regardie titled "Exclusive: Council

President Set to Target Vile Slurs in City Hall," which I obtained from the *Westside Current* website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in Washington, District of Columbia, on October 5, 2026.

/s/ Zachary Silver
Zachary Silver