David Loy, Cal. Bar No. 229235
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901
Telephone: (415) 460-5060
Email: dloy@firstamendmentcoalition.org

Zachary T. Silver, D.C. Bar No. 1742271*
Gabriel Z. Walters, D.C. Bar No. 1019272*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473
Email: zach.silver@fire.org
Email: gabe.walters@fire.org

*Attorneys for Plaintiff*
* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| STACEY SEGARRA-BOHLINGER,<br>Plaintiff,<br>v.<br>CITY OF LOS ANGELES, a political subdivision of the State of California,<br>Defendant. | Civil Case No. 2:26-cv-11599<br><br>**CERTIFICATE OF SERVICE RE: PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Civil Local Rule 5-3, I hereby certify that on October 30, 2026, I electronically filed the documents listed below with the Clerk of the Court using the ECF system which will send notification of such filing upon all ECF filing participants. I further certify that on the same date, I emailed the same to the Los Angeles City Attorney and Los Angeles City Clerk. I further certify that counsel for Plaintiff dispatched a process server to serve the same on Defendant.

1. PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION
2. DECLARATION OF ZACHARY SILVER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
3. EXHIBITS A–F TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
4. [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
5. CERTIFICATE OF SERVICE RE: PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: October 30, 2026

/s/ Zachary Silver
Zachary Silver