David Loy, Cal. Bar No. 229235
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901
Telephone: (415) 460-5060
Email: dloy@firstamendmentcoalition.org

Zachary T. Silver, D.C. Bar No. 1742271*
Gabriel Z. Walters, D.C. Bar No. 1019272*
FOUNDATION FOR INDIVIDUAL RIGHTS
AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473
Email: zach.silver@fire.org
Email: gabe.walters@fire.org

*Attorneys for Plaintiff*
* Pro hac vice *applications pending*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| STACEY SEGARRA-BOHLINGER,<br>Plaintiff,<br>v.<br>CITY OF LOS ANGELES, a political subdivision of the State of California,<br>Defendant. | Civil Case No. 2:26-cv-11599<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br>Date: TBD<br>Time: TBD<br>Before: TBD |

Having fully considered Plaintiff Stacey Segarra-Bohlinger's Motion for Preliminary Injunction, the parties' submissions, the evidence in the record, and the arguments of counsel, the Court **GRANTS** the Motion. The Court finds that Plaintiff has demonstrated good cause for the Court to issue a preliminary injunction, as she has shown a substantial likelihood of success on the merits of her claims challenging the rules referred to in this litigation as the "Word Ban" and "Meeting Ban"; that she will suffer irreparable harm under the Word Ban and Meeting Ban absent preliminary injunctive relief; and that the balance of equities and public interest favor an injunction.

Accordingly, it is hereby **ORDERED** that:

1. Defendant City of Los Angeles, and all its officers, agents, servants, employees, attorneys, and other persons in active concert or participation with it, including the Los Angeles City Council and its committees, is preliminarily enjoined from enforcing or taking steps to enforce the Word Ban and Meeting Ban at Los Angeles City Council and committee meetings;
2. This preliminary injunction shall remain in effect until further order of the Court; and
3. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff is not required to post a bond for this preliminary injunction.

**SO ORDERED.**

Signed this ____ day of __________________, ______

______________________________
UNITED STATES DISTRICT JUDGE