# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stacey Segarra-Bohlinger<br>Plaintiff(s),<br>v.<br>City of Los Angeles<br>Defendant(s) | CASE NUMBER:<br>2:26-cv-11599-E<br>**NOTICE OF REASSIGNMENT TO DISTRICT JUDGE AND REFERRAL MAGISTRATE JUDGE**<br>**(For use in Direct Assignment of Civil Cases to Magistrate Judges Opt-Out Program only)** |

TO ALL COUNSEL/PARTIES APPEARING OF RECORD:

☐ Notice of Assignment and Declination of Consent to U.S. Magistrate Judge timely submitted.

☐ Motion for TRO or preliminary injunction filed with initial pleading.

☐ Notice of Related Case has been filed.

☑ Other: MOTION for Preliminary Injunction re Word Ban filed

Pursuant to General Order In the Matter of Direct Assignment of Civil Cases to Magistrate Judges and for the reason stated above, this case is hereby randomly assigned to the Honorable Mark C. Scarsi, United States District Judge, for all further proceedings.

Any discovery matters that may be referred to a Magistrate Judge are hereby randomly assigned to the Honorable Brianna Fuller Mircheff, United States Magistrate Judge, for all further proceedings.

On all documents subsequently filed in this case, please substitute the initials MCS-BFMx after the case number in place of the initials of the prior judge, so that the case number will read 2:26-cv-11599-MCS-BFMx. All subsequently filed documents must reflect the new initials because documents are routed to the assigned judges by means of these initials.

Clerk, U. S. District Court

Date: 11/2/26

By: A. Bandek

cc: ☒ *Previous Magistrate Judge*