Civil Action No. **2:26-cv-11599-(Ex)**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **City of Los Angeles**
**was received by me on October 30, 2026**

❐ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at 200 N Spring St Ste 395 , Los Angeles, CA 90012-3239 on October 30, 2026 3:50 PM

☐ I left the (( SEE DOCUMENTS ON ATTACHED LIST )) at the individual's residence or usual place of abode with ,a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the (( SEE DOCUMENTS ON ATTACHED LIST )) to **Michael V.** Deputy Clerk who is designated by law to accept service of process on behalf of **City of Los Angeles** on **October 30, 2026 3:50 PM**

☐ I returned the (( SEE DOCUMENTS ON ATTACHED LIST )) unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date: 10/30/2026

*Server's signature*

**EDUARDO BARRIENTOS**
*Printed name and title*

**Fortz Legal Support, LLC**
**25 Division Ave S Ste 325**
**Grand Rapids, MI 49503**
*Server's Address*

Continued from Proof of Service

**CLIENT:** FIRST AMENDMENT COALITION

**CLIENT FILE #:** 63492 **DATE:** October 30, 2026

**SUBJECT:** City of Los Angeles

**AO 440 SUMMONS IN A CIVIL ACTION; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATEJUDGE AND DECLINATION OF CONSENT; DECLARATION OF ZACHARY SILVER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; CERTIFICATE OF SERVICE RE:PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; VERIFIED COMPLAINT FORCIVIL RIGHTS VIOLATIONS; [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; PLAINTIFF'S NOTICE OF MOTION AND MEMORANDUMOF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**