David Loy, Cal. Bar No. 229235
FIRST AMENDMENT COALITION
534 4th Street, Suite B
San Rafael, CA 94901
Telephone: (415) 460-5060
Email: dloy@firstamendmentcoalition.org

Zachary T. Silver, D.C. Bar No. 1742271*
Gabriel Z. Walters, D.C. Bar No. 1019272*
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473
Email: zach.silver@fire.org
Email: gabe.walters@fire.org

*Attorneys for Plaintiff*
* Admitted *pro hac vice*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| STACEY SEGARRA-BOHLINGER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a political subdivision of the State of California,<br><br>Defendant. | Case No. 2:26-cv-11599-MCS-BFMx<br><br>**DECLARATION OF ZACHARY SILVER REGARDING SERVICE OF STANDING ORDER AND NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to Local Civil Rule 5-3 and the Court's Standing Order (Dkt. No. 18), I hereby that on November 3, 2026, I caused the documents listed below to be mailed to Defendant City of Los Angeles via United States Postal Service Certified Mail. I further certify that on the same date, I emailed the same to the Los Angeles City Clerk and Los Angeles City Attorney.

1. INITIAL STANDING ORDER FOR CIVIL CASES ASSIGNED TO JUDGE MARK C. SCARSI (Dkt. No. 18)

2. COPY OF THE CM/ECF EMAIL NOTIFICATION OF TEXT-ONLY DOCKET ENTRY SETTING THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION FOR NOVEMBER 30, 2026, AT 9:00 AM (Dkt. No. 19)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: November 3, 2026

/s/ Zachary Silver
Zachary Silver