HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, CA 90012
Tel.: (213) 978-7558
Fax: (213) 978-7011
Email: gabriel.dermer@lacity.org
Attorneys for Defendant City of Los Angeles

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY SEGARRA-BOHLINGER,<br><br>Plaintiff,<br>vs.<br><br>CITY OF LOS ANGELES;<br><br>Defendant. | Case No.: 26-CV-11599-MCS-BFM<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TO STAY RESPONSIVE PLEADING DEADLINE**<br><br>[Proposed] Order filed concurrently |

Plaintiff and Defendant, through their respective counsel of record, hereby stipulate as follows:

1. On October 30, 2026, Plaintiff served Defendant with a Notice of Motion and Motion For Preliminary Injunction. Dkt. 16 (the “Motion”), as well as the Summons and Complaint.

2. On November 2, 2026, the Court set November 30, 2026 as the hearing date for the Motion. Dkt. 19.

3. Pursuant to Local Rules 7-9 and 7-10, with the hearing date of November 30, Defendant is required to file an opposition to the Motion no later than November 9, 2026 and Plaintiff’s reply in support of the Motion would be due no later than November 16, 2026.

4. Because the Motion addresses issues related to the likelihood of success on the merits, the parties request more time to address those issues raised by the Motion.

5. The parties therefore agree, subject to the Court’s approval, to continue the hearing on the Motion by at least three weeks, to December 21, 2026.

6. Additionally, because the Motion raises fundamental issues related to the likelihood of success on the merits, the parties agree that, subject to the Court’s approval, a responsive pleading should be due 30 days after the Court’s ruling on the Motion.

7. With the new hearing date, the parties will have more time to brief the issues raised in the Motion in compliance with Local Rules 7-9 and 7-10. The parties have agreed that with a hearing date of December 21, 2026, Defendant’s opposition to the Motion will be due on November 23, 2026, and, to accommodate the Thanksgiving holiday, Plaintiff’s reply in support of the Motion will be due on December 9, 2026. This would give the Court less than two weeks between the reply brief and a December 21, 2026 hearing, and the parties are amenable to a later hearing date should the Court desire additional time.

8. This is the parties' first request to continue the hearing and briefing deadlines for Plaintiff's Motion, and to stay the date for a responsive pleading.

WHEREFORE, for the foregoing reasons, the parties request that the Court grant this request and continue the hearing on the Motion to December 21, 2026 at 9:00 a.m. and stay the date a responsive pleading is due until after a ruling on the Motion. A proposed order consistent with this request is attached hereto.

Respectfully submitted,

Dated: November 5, 2026

HYDEE FELDSTEIN SOTO, City Attorney
KATHLEEN KENEALY, Chief Asst. City Attorney
GABRIEL S. DERMER, Asst. City Attorney

*/s/ Gabriel S. Dermer*
Gabriel S. Dermer
Assistant City Attorney

*Attorneys for Defendant*

Dated: November 5, 2026

FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

*/s/ Zachary T. Silver*
ZACHARY T. SILVER
GABRIEL Z. WALTERS

*Attorneys for Plaintiff*

Dated: November 5, 2026

FIRST AMENDMENT COALILTION

*/s/ David Loy*
DAVID LOY

*Attorneys for Plaintiff*

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.