HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, CA 90012
Tel.: (213) 978-7558
Fax: (213) 978-7011
Email: gabriel.dermer@lacity.org
Attorneys for Defendant City of Los Angeles

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY SEGARRA-BOHLINGER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES;<br><br>Defendant. | Case No.: 26-CV-11599-MCS-BFM<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE AND TO STAY RESPONSIVE PLEADING** |

///

///

///

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having reviewed the papers, the Court grants the stipulated request to continue the hearing date for Plaintiff's Motion for Preliminary Injunction (Dkt. 16) to December 21, 2026 at 9:00 a.m. Pursuant to the parties' stipulation, the Defendant's opposition brief is due no later than November 23, 2026 and the Plaintiff's reply is due no later than December 9, 2026. Additionally, no responsive pleading is due until 30 days after the Court rules on the Motion.

**IT IS SO ORDERED.**

DATED: _____________ ________________________________________

HONORABLE MARK C. SCARSI