**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

STACEY SEGARRA-BOHLINGER,

Plaintiff,

vs.

CITY OF LOS ANGELES;

Defendant.

Case No.: 26-cv-11599-MCS-BFM

**ORDER GRANTING <u>IN PART</u> STIPULATED REQUEST TO CONTINUE HEARING DATE AND TO STAY RESPONSIVE PLEADING (ECF NO. 23)**

Having reviewed the papers, the Court grants **<u>in part</u>** the stipulated request to continue the hearing date for Plaintiff's Motion for Preliminary Injunction (Dkt. 16) to **<u>December 14, 2026</u>**, at 9:00 a.m. Defendant's opposition brief is due no later than **<u>November 16, 2026</u>**, and Plaintiff's reply is due no later than **<u>November 23, 2026</u>**. ~~Additionally, no responsive pleading is due until 30 days after the Court rules on the Motion.~~ **<u>No good cause appears to suspend Defendant's responsive pleading deadline.</u>**

**IT IS SO ORDERED.**

DATED: November 9, 2026

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE