HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
STREFAN FAUBLE, Assistant City Attorney (SBN 247653)
200 North Main Street
Los Angeles, CA 90012
Phone No.: (213) 978-8130
Email: strefan.fauble@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STACEY SEGARRA-BOHLINGER,

Plaintiff,

vs.

CITY OF LOS ANGELES;

Defendant.

**CASE NO. 26-CV-11599- E**

**DECLARATION OF STREFAN FAUBLE AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT CITY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Under 28 U.S.C. section 1746, I, Strefan Fauble, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth in this declaration, and if called to testify as a witness, could do so competently under oath.

2. I am an attorney for the City of Los Angeles, the Defendant in this action. The sole purpose of this declaration is to offer documentary evidence, namely the Council File associated with the Los Angeles' City Council's ("Council's) action prohibiting the N-

and C-word, for which judicial notice may also be taken.

3. Defendant's Exhibit A is Council File 16-1104-S3, which is the Council File associated with the Council's action prohibiting the N- and C-word. A true, correct, and complete copy of Council File 16-1104-S3 is available at https://lms.lacity.gov/files/16-1104-S3. The file may also be reached by typing "16-1104-S3" into the search bar on the City Clerk's online Legislative Management System portal at https://lms.lacity.gov/home.

4. Clicking on the "Documents" tab in online Council File 16-1104-S3 provides documents generated by the City. This includes "Communication from City Attorney" dated July 29, 2025.

5. The July 29, 2025 Communication from City Attorney provides a list of dates and time-stamps for segments of video recordings of Council meetings from 2018 through June 2025. A true, correct, and complete compilation of these video segments is available Via a Google Drive link at https://drive.google.com/file/d/13Bt9U-sv2N39wHGss-8_zE3j8BkLN3Q0.

6. Video recordings of the Council meetings on the Clerk's website constitute the minutes of the Council meetings.

7. Clicking on the "Comments" tab in online Council File 16-1104-S3 provides written public comments submitted by members of the public to Council regarding Council's prohibition of the N- and C-word.

8. All of the documents, including the public comment submitted to the Council, in Council File 16-1104-S3, are public records. The City requests judicial notice of Council File 16-1104-S3 and the documents contained therein. Judicial notice of Council File documents is proper. *E.g.*, *Insight Psychology & Addiction, Inc. v. City of Costa Mesa*, 801 F. Supp. 3d 942, 953–54 (C.D. Cal. 2025) ("Judicial notice of city council minutes, transcript, and video recording as public records is proper.") (citing cases).

///

///

I declare under penalty of perjury under the laws of the Unite States of America that the foregoing is true and correct and that this declaration was executed in the City of Los Angeles on November 16, 2026.

Strefan Fauble