Strefan Fauble, Assistant City Attorney (SBN 247653)
Gabriel S. Dermer, Assistant City Attorney (SBN 229424)
200 North Main Street, Suite 800
Los Angeles, CA 90012
(213) 978-8100

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY SEGARRA-BOHLINGER, PLAINTIFF(S) | CASE NUMBER: 26-CV-11599- E |
| v. CITY OF LOS ANGELES DEFENDANT(S). | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Video segments attached to Declaration of Strefan Fauble, available via a Google Drive link at https://drive.google.com/file/d/13Bt9U-sv2N39wHGss-8_zE3j8BkLN3Q0

**Reason:**

- ☐ Under Seal
- ☐ In Camera
- ☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: ____________________
- ☐ Other:

November 16, 2026
Date

/s/ Gabriel S. Dermer
Attorney Name

City of Los Angeles
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*