HYDEE FELDSTEIN SOTO, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
200 North Main Street, Room 675
Los Angeles, California 90012
Telephone: 213-978-7558
Facsimile: 213-978-7011
gabriel.dermer@lacity.org

Attorneys for Defendant CITY OF LOS ANGELES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

STACEY SEGARRA-BOHLINGER,

Plaintiff,

v.

CITY OF LOS ANGELES,

Defendant.

**CASE NO.: 2:26-cv-11599-MCS-BFM**

**STIPULATION FOR AN EXTENSION OF TIME TO ANSWER INITIAL COMPLAINT (L.R. 8-3)**

**Complaint served: October 30, 2026**
**Current response date: Nov. 20, 2026**
**New response date: December 21, 2026**

WHEREAS, Defendant City of Los Angeles was served with the summons and complaint on October 30, 2026. Without an extension, Defendant would have until November 20, 2026 to answer the complaint;

WHEREAS, Defendant needs more time to investigate the allegations of the complaint in order to file a meaningful response to it;

///

///

///

THEREFORE, per Local Rule 8-3, the parties, through their counsel, hereby stipulate to extend the time for Defendant City of Los Angeles to file an answer to the Complaint, for 30 days until December 21, 2026.

It is so stipulated.

DATED: November 19, 2026 HYDEE FELDSTEIN SOTO, City Attorney
KATHLEEN A. KENEALY, Chief Asst. City Attorney
GABRIEL S. DERMER, Assistant City Attorney

By: /s/ Gabriel S. Dermer

Attorneys for Defendant

Dated: November 19, 2026 FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION

*/s/ Zachary T. Silver*
ZACHARY T. SILVER
GABRIEL Z. WALTERS

*Attorneys for Plaintiff*

Dated: November 19, 2026 FIRST AMENDMENT COALILTION

*/s/ David Loy*
DAVID LOY

*Attorneys for Plaintiff*

Pursuant to L.R. 5-4.3.4(a)(2)(i) all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.